UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL J. KAISER,

                Plaintiff,

-against-

STUBHUB,

                Defendant.

Case No. 1:24-cv-0044 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      On July 14, 2024, the Court granted StubHub's motion to compel arbitration and stayed this action pending the completion of arbitration proceedings. Dkt. 29. The Court is in receipt of the parties' November 11, 2024 letter notifying the Court that the parties have agreed not to pursue arbitration. Dkt. 31. The Court will therefore CLOSE this case unless the parties inform the Court by November 18, 2024 as to why the case should not be closed.

Dated: November 14, 2024
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge