UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL J. KAISER, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>STUBHUB, INC.,<br><br>      Defendant. | Case No. 1:24-cv-00044 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On November 14, 2024, the Court advised the parties that it would close this matter unless the parties informed the Court by November 18, 2024 as to why the case should not be closed. Dkt. 32. To date, the parties have not filed any correspondence with the Court.

  The Clerk of Court is therefore respectfully requested to CLOSE this case.

Dated: November 19, 2024
   New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge

1